UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON WILMOT,<br><br>                Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>                Defendants. | Case No. C23-1514-JNW<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 3rd day of October, 2023.

                                                      /s/ S. Kate Vaughan
                                                      S. KATE VAUGHAN
                                                      United States Magistrate Judge